**FILED**
CLERK, U.S. DISTRICT COURT
12/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_ VAV \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:22-cr-00604-GW |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| DANIEL ALBERTO MARIN, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or before August 11, 2022, and continuing to at least on or about October 6, 2022, in Los Angeles County, within the Central District of California, defendant DANIEL ALBERTO MARIN, not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sale of the following firearms, on or about the following dates:

| Date | Firearm |
|---|---|
| 08/16/2022 | Glock, model 17, 9mm caliber handgun, bearing serial number BSVS233 |
| 09/12/2022 | Masterpiece Arms, 9mm caliber handgun, bearing serial number F16168 |
| 10/06/2022 | AA Arms, model AP9, 9mm caliber pistol, bearing serial number 047565 |

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

JUAN M. RODRIGUEZ
Assistant United States Attorney
General Crimes Section